

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**;
Randall Morris; Bozena Mrozek; Calvin Boutte; SavaSeniorCare Administrative and Consulting, LLC; and SSC Equity Holdings MT, LLC,
Appellants

v.

Shellie **GOODMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's May 25, 2022 order denying Appellants' motion to abate and compel arbitration is REVERSED.

We REMAND the cause to the trial court for it to render an order (1) compelling arbitration of Shellie Goodman's retaliation claim and (2) staying all litigation of Shellie Goodman's retaliation claim against all defendants pending resolution of the arbitration.

We tax costs of court for this appeal against Shellie Goodman.

SIGNED January 11, 2023.

_____
Patricia O. Alvarez, Justice